# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-10612
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 24, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

RONALD LEE THORNTON, SR.,

Defendant−Appellant.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:18-CR-290-1

Before DAVIS, SMITH, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Ronald Thornton, Sr., pleaded guilty of theft of government funds and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-10612

was sentenced, above the advisory guidelines range, to 60 months of imprisonment. On appeal, he challenges the substantive reasonableness of the sentence on the ground that it does not sufficiently take into account his poor health and the improvements he made in overcoming substance abuse issues.

We have reviewed the substantive reasonableness of the sentence for an abuse of discretion and in light of the sentencing factors in 18 U.S.C. § 3553(a). *See Gall v. United States*, 552 U.S. 38, 46 (2007); *United States v. Fraga*, 704 F.3d 432, 437 (5th Cir. 2013). Thornton's argument evinces his disagreement with the balance that the district court struck among the sentencing factors. A disagreement, whether Thornton's or ours, with the weighing of the factors is insufficient to show that the sentence is unreasonable. *See Gall*, 552 U.S. at 51–52.

AFFIRMED.